# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FLICK INTELLIGENCE, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No.:　3:23-cv-04803<br><br>**[PROPOSED] ORDER ON NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)(B)** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.　The notice is GRANTED;

2.　The case is dismissed pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i)(B),; and

3.　 The Parties will bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: __October 13, 2023_____

_____
UNITED STATES DISTRICT COURT JUDGE

---

1